```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant United States Attorney
 3  4401 Federal Courthouse
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
    Attorneys for Plaintiff
 6      United States of America

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) 1:11-CR-00350-LJO
                                  )
12                Plaintiff,      ) FINAL ORDER OF FORFEITURE
                                  )
13       v.                       )
                                  )
14  BRIAN KEITH MURPHY,           )
                                  )
15                Defendant.      )
                                  )
16  _____)

17       WHEREAS, on July 5, 2012, the Court entered a Preliminary Order
18  of Forfeiture, forfeiting to the United States all right, title, and
19  interest of defendant Brian Keith Murphy in the following property:
20
             a. Maxtor internal hard drive, bearing serial number
21              V500CA3G,
             b. Western Digital internal hard drive, bearing serial
22              number WMAYO 153 1160,
             c. Seagate internal hard drive, bearing serial number
23              6VPBT1XQ,
             d. Seagate internal hard drive, bearing serial number
24              6VPBSV2C,
             e. Seagate hard drive, bearing serial number 6VPEVEA4,
25           f. Hitachi hard drive, bearing serial number CFG1YT1D,
             g. Hitachi hard drive, bearing serial number CFG2AN7E,
26           h. Hitachi hard drive, bearing serial number MRGZE0KBEZ8LPG,
             i. Maxtor hard drive, bearing serial number T6H47YFC,
27           j. Maxtor hard drive, bearing serial number Y34W0HDE,
             k. Maxtor hard drive, bearing serial number Y4510NFE,
28           l. Maxtor hard drive, bearing serial number 5LS63509,
```

          m. Maxtor hard drive, bearing serial number V500CBAG,
          n. Maxtor hard drive, bearing serial number V500BY1G,
          o. Maxtor hard drive, bearing serial number V500BYSG,
          p. Dell laptop computer, bearing service tag number DLXWX51,
          q. Compact Discs and DVDs,
          r. SD cards and Thumb drive, with no serial numbers, and
          s. 47 pairs of boys' undergarments.

    AND WHEREAS, beginning on July 14, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Brian Keith Murphy.

    2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject

///
///
///

property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **October 10, 2012**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE